# Court of Appeals
# of the State of Georgia

ATLANTA,  November 24, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0018. RILEY v. RILEY.**

The RULE 40(B) EMERGENCY MOTION for AN EXTENSION OF TIME in which to file an Application for Discretionary Appeal in the above-styled case is hereby GRANTED until 03/02/22.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/24/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*